

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: **'08 MJ 8379** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jose Manuel BELTRAN, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 5, 2008, within the Southern District of California, defendant Jose Manuel BELTRAN did knowingly and intentionally import approximately 39.42 kilograms (86.72 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rafael Silva, Special Agent
Immigration and Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6TH DAY OF May 2008.

Nita L. Storms
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose Manuel BELTRAN

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rafael Silva.

On April 5, 2008, at approximately 1138 hours, Jose Manuel BELTRAN entered the United States at the Calexico, California, West Port of Entry. BELTRAN was the driver and sole occupant of a 2004 Nissan Frontier.

BELTRAN approached lane number two which was being manned by Customs and Border Protection Officer (CBPO) Fonseca. During routine border inspection questioning, BELTRAN gave a negative Customs declaration. CBPO Fonseca asked BELTRAN who owned the vehicle. BELTRAN claimed to be the owner of the vehicle and stated he was on his way to work in Thermal, California. CBPO/CEO Barela was conducting a pre-primary vehicle inspection with his assigned dog, when the dog alerted to the vehicle's bed. CBPO Fonseca referred BELTRAN and the vehicle to the Vehicle Secondary lot for further inspection.

While at vehicle secondary, CBPO Gastelum received a negative Customs declaration from BELTRAN. BELTRAN stated he was on his way to work in El Centro, California. CBPO/CEO Barela again utilized his assigned dog who alerted to a brown colored box. CBPO/CEO Barela asked BELTRAN to open the box and BELTRAN stated it was company policy that he could not open the boxes. CBP Supervisor Haddock advised BELTRAN he had to open the boxes. BELTRAN opened the boxes and removed six packages from inside the boxes.

CBPO Gastelum probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The six packages had a combined weight of approximately 39.42 kilograms (86.72 pounds) of marijuana.

BELTRAN was placed under arrest and advised of his rights per Miranda, which he acknowledged and waived, agreeing to answer questions. BELTRAN stated to Special Agent Silva he works for Broadband Interactive in Palm Desert, California. BELTRAN stated that this past Thursday he picked up the boxes at his office in Palm Desert. Special Agent Silva spoke with BELTRAN'S supervisor who stated BELTRAN has not worked for them since March 1, 2008 and the last time he picked up equipment was on February 23, 2008.