AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
JOSE MANUEL BELTRAN,
        Defendant.

**APPEARANCE**

Case Number: 08MJ8379

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
JOSE MANUEL BELTRAN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/8/2008 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD     238732 |
| | Print Name                                     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City        State        Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number                Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 8, 2008                                                         /s/  Shaffy Moeel
                                                                           SHAFFY MOEEL
                                                                           Federal Defenders of San Diego, Inc.
                                                                           225 Broadway, Suite 900
                                                                           San Diego, CA 92101-5030
                                                                           (619) 234-8467  (tel)
                                                                           (619) 687-2666  (fax)
                                                                           e-mail: Shaffy_Moeel@fd.org