RICARDO M. GONZALEZ
Attorney at Law
State Bar No. 98993
101 West Broadway, Suite 1950
San Diego, CA 92101-6036
Tel: (619) 238-9910
    FAX: 238-9914

Attorney for Defendant
Jose Manuel Beltran

**FILED**
MAY 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ08379 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| JOSE MANUEL BELTRAN, | |
| Defendant(s). | |

Defendant, Jose Manuel Beltran, hereby substitutes RICARDO M. GONZALEZ, 101 West Broadway, Suite 1950, San Diego, CA 92101, telephone (619) 238-9910, as Attorney of Record in place and stead of Shaffy Moeel, telephone no. (619) 234-8467.

DATED: 5/20/08

JOSE MANUEL BELTRAN

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 5/20/08

SHAFFY MOEEL

I HEREBY ACCEPT THE ABOVE SUBSTITUTION.

DATED: 5/20/08

RICARDO M. GONZALEZ

**ORDER**

IT IS SO ORDERED.

DATED: 5-20-08

UNITED STATES MAGISTRATE JUDGE