AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA
V.

JOSE MANUEL BELTRAN

**WAIVER OF INDICTMENT**

CASE NUMBER:  08CR1836-JAH

I, _____ JOSE MANUEL BELTRAN _____, the above named defendant, who is accused of

21 USC 952, 960 : Importation of Marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____ 6/5/08 _____ prosecution by indictment and consent that the pro-
                        *Date*

ceeding may be by information rather than by indictment.

FILED

JUN - 5 2008

CLERK, U.A. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
              *Judicial Officer*