```
 1  KAREN P. HEWITT
    United States Attorney
 2  JAIME D. PARKS
    Assistant United States Attorney
 3  California State Bar No. PENDING
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  619 557-7085 (Telephone)/619 557-5551 (Fax)
    Email: jaime.parks@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

| | |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Case No. 08cr1836JAH |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| JOSE MANUEL BELTRAN, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4. There are no other government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) associated with this case who should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

    Please feel free to call me if you have any questions about this notice.

    DATED: August 21, 2008.

                                      KAREN P. HEWITT
                                      United States Attorney

                                      /s/Jaime D. Parks
                                      JAIME D. PARKS
                                      Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                          Plaintiff, ) | Criminal Case No.08cr1836JAH |
|             v. ) | CERTIFICATE OF SERVICE |
| JOSE MANUEL BELTRAN, ) | |
|                          Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

      I, Jaime Parks, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

      I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated August 21, 2008, and this Certificate of Service, dated August 21, 2008, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies: Ricardo Gonzalez, Attorney for Defendant.

      I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 21, 2008.

                                                 /s/Jaime D. Parks
                                               JAIME D. PARKS
                                             Assistant United States Attorney

Certificate of Service
United States v. Jose Manuel Beltran            08cr1836JAH